UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE SERVANDO,

                Plaintiff,

- against -

ELTMAN, ELTMAN & COOPER, P.C. and
LVNV Funding, LLC,

                Defendant.

Docket No: 14-cv-00260-CS

**DEFENDANT LVNV FUNDING, LLC'S 7.1 CORPORATE DISCLOSURE STATEMENT**

      Defendant LVNV FUNDING, LLC ("LVNV"), by and through its attorneys, HINSHAW & CULBERTSON LLP, respectfully submits LVNV's corporate disclosure statement, pursuant to Federal Rule of Civil Procedure Rule 7.1, and states as follows:

    1.    LVNV is a privately held company.

    2.    No publicly held corporation owns 10% or more of LVNV.

Dated:  New York, New York
         March 13, 2014

                Respectfully submitted,

                HINSHAW & CULBERTSON LLP
                *Attorneys for Defendant*
                *LVNV Funding, LLC*

                By: *s/Concepcion A. Montoya*
                     Concepcion A. Montoya, Esq. (CM-7147)

                800 Third Avenue, 13th Floor
                New York, New York 10022
                Tel: (212) 471-6200
                Fax: (212) 935-1166